UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN FANDEL,<br><br>Plaintiff,<br><br>v.<br><br>NARRAGANSETT BAY INS. CO.,<br><br>Defendant. | Civil Action No.: 14-431 (MAS) (TJB)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

**THIS MATTER** having come before the Court upon the Report and Recommendation of the Honorable Tonianne J. Bongiovanni, U.S.M.J., filed on September 12, 2014 (ECF No. 11) with regard to the motion to dismiss filed by Defendant Narragansett Bay Insurance Company ("Defendant"), and the Court having received no objections pursuant to Local Civil Rule 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

**IT IS** on this 2nd day of December 2014,

**ORDERED THAT:**

1. The Report and Recommendation of Magistrate Judge Bongiovanni filed on September 12, 2014 (ECF No. 11), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

2. Defendant's motion to dismiss (ECF No. 10) is **GRANTED** as set forth in the Report and Recommendation.

_/s/ Michael A. Shipp_
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**